GRACE M. HNAT, Individually and as Administratrix of the Estate of JOHN J. HNAT, Deceased, Respondent-Appellant, v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant-Respondent. — In an action to recover accidental death benefits under a life insurance policy, the parties cross appeal from: (1) so much of an order of the Supreme Court, Rockland County, entered August 26, 1965, as denied their respective motions for summary judgment; and (2) so much of an order of said court, entered November 5, 1965, as denied plaintiff's motion for reargument, but granted defendant's motion for reconsideration, and adhered to the court's original decision. Order of August 26, 1965, insofar as appealed from by plaintiff, affirmed, without costs. Appeal by plaintiff from order of November 5, 1965, insofar as it denies reargument, dismissed, without costs; no appeal lies from an order denying reargument. Appeal by defendant from order of August 26, 1965 dismissed, without costs. Insofar as such order denies defendant's motion, it has been superseded by the later order granting defendant's motion for reconsideration. Order of November 5, 1965, insofar as it relates to defendant's motion for summary judgment, affirmed, without costs. No opinion. Christ, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

IAS BICOR CORPORATION, Respondent-Appellant, v. SAMUEL MEZRAHI et al., Appellants-Respondents. — In an action to recover $3,873.97 as the reasonable value and agreed price of certain machinery and machinery parts allegedly sold and delivered by plaintiff to the defendants, in which the defendants interposed a counterclaim to recover $20,000 allegedly deposited by them with plaintiff pursuant to a contract between plaintiff and a certain corporation (not a party to the action), the parties cross appeal from the respective portions of an order of the Supreme Court, Kings County, entered May 10, 1965, which on plaintiff's motion for summary judgment, directed judgment dismissing both the complaint and counterclaim. Order insofar as appealed from by the respective parties, reversed, without costs, and motion denied. In our opinion, questions of fact are presented in the motion papers which preclude the granting of summary judgment to either party on either cause of action. A trial of the entire matter is required. Ughetta, Acting P. J., Brennan, Rabin, Hopkins and Benjamin, JJ., concur.